# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERUN TYRONE EDWARDS,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 71804

JERUN TYRONE EDWARDS,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 72268

**FILED**

MAR 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant filed his notices of appeal on November 16, 2016, and January 25, 2017. No appealable orders were designated in the notices of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]We take no action on the pro se letter filed on December 2, 2016, in Docket No. 71804.

cc: Hon. Eric Johnson, District Judge
Jerun Tyrone Edwards
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A